O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AYALA, ) | Case No. EDCV 13-991-CJC (OP) |
| ) | |
| Petitioner, ) | ORDER ACCEPTING FINDINGS, |
| v. ) | CONCLUSIONS, AND |
| ) | RECOMMENDATIONS OF |
| PRESIDING JUDGE OF THE ) | UNITED STATES MAGISTRATE |
| SUPERIOR COURT OF ) | JUDGE |
| CALIFORNIA, COUNTY OF ) | |
| SAN BERNARDINO, ) | |
| ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered: (1) accepting this Report and Recommendation; and (2) directing that Judgment be entered denying the First Amended Petition and dismissing this action for lack of jurisdiction and for failure to exhaust state judicial remedies.

DATED: June 10, 2014

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge