JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE AYALA, | ) | Case No. EDCV 13-991-CJC (OP) |
| Petitioner, | ) | J U D G M E N T |
| v. | ) | |
| PRESIDING JUDGE OF THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO, | ) ) ) ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed without prejudice.

DATED: June 10, 2014

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge